SAO

JOHN K. MALONEY
Nevada Bar No. 005414
Law Offices of John K. Maloney
2510 Anthem Village Drive, Suite 100
Henderson, Nevada 89052
Telephone: (702) 387-9397
Facsimile: (702) 387-4002
JMaloney@johnkmaloneylaw.com
Attorney for Interblock USA, LC

BRITT R. SINGLETARY
Mississippi Bar No. 6823
Singletary & Thrash-Biloxi, PLLC
177 Lameuse Street
P.O. Box 1229 (39533)
Biloxi, Mississippi 39530
Telephone: (228) 432-8900
Facsimile: (228) 374-2005
britt@singletarythrash.com
Of Counsel for Interblock USA, LC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEREK RUCKER, | Case No.: 2:11-cv-00239-JCM-PAL |
| Plaintiff, | |
| vs. | |
| INTERBLOCK USA L.C., a Nevada Limited Liability Company; ELEKTRONCEK D.D.; and DOES 1 through 20, inclusive, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendants, by and through their respective counsel of record, that the above entitled action be dismissed as to all claims presented, with prejudice, each party to bear their own costs and fees.

///

///

1

IT IS FURTHER STIPULATED AND AGREED, that all other deadlines ro dates currently scheduled with the Court are hereby vacated.

Dated this the 6th day of May, 2011.                     Dated this the 6th day of May, 2011.

LAW OFFICES OF MICHAEL P. BALABAN      LAW OFFICES OF JOHN K. MALONEY

__/s/ Michael P. Balaban_____      __/s/John K. Maloney_____
MICHAEL P. BALABAN, ESQ.                         JOHN K. MALONEY, ESQ.
Nevada Bar No. 009370                                    Nevada Bar No. 005414
10726 Del Rudini Street                                      2510 Anthem Village Drive, Suite 100
Las Vegas, Nevada 89141                                  Henderson, Nevada 89052
Telephone: (702) 586-2964                                Telephone: (702) 387-9397
Facsimile: (702) 586-3023                                  Facsimile: (702) 387-4002
mbalaban@balaban-law.com                           JMaloney@johnkmaloneylaw.com

Attorney for Plaintiff                                             Attorney for Defendants

BRITT R. SINGLETARY, ESQ.
Mississippi Bar No. 6823
britt@singletarythrash.com
Singletary & Thrash, P.A.
Post Office Box 171
Biloxi, Mississippi 39530

Of Counsel for Defendants

IT IS SO ORDERED this 26th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE